UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| JAMES WILLIAMS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BULL CITY FINANCIAL SOLUTIONS, INC.,<br><br>Defendant. | Case No.: 17-cv-310<br><br>**CLASS ACTION COMPLAINT**<br><br>**Jury Trial Demanded** |

## INTRODUCTION

1. This class action seeks redress for collection practices that violate the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* (the "FDCPA").

## JURISDICTION AND VENUE

2. The court has jurisdiction to grant the relief sought by the Plaintiff pursuant to 15 U.S.C. § 1692k and 28 U.S.C. §§ 1331, and 1337. Venue in this District is proper in that Defendant directed its collection efforts into the District.

## PARTIES

3. Plaintiff James Williams is an individual who resides in the Eastern District of Wisconsin (Milwaukee County).

4. Plaintiff is a "consumer" as defined in the FDCPA, 15 U.S.C. § 1692a(3), in that Defendant sought to collect from him a debt allegedly incurred for personal, family or household purposes, namely a personal utility account balance.

5. Defendant Bull City Financial Solutions, Inc. ("Bull City") is a foreign corporation with its principal place of business located at 2609 N Duke St #500, Durham, NC 27704.

6. Bull City is engaged in the business of a collection agency, using the mails and telephone to collect consumer debts originally owed to others.

7. Bull City is engaged in the business of collecting debts owed to others and incurred for personal, family or household purposes. Bull City is a debt collector as defined in 15 U.S.C. § 1692a.

**FACTS**

8. On or about February 1, 2017, Plaintiff received debt collection letter from Bull City. A copy of this letter is attached to this complaint as Exhibit A.

9. Upon information and belief, Exhibit A is a form letter, generated by computer, and with the information specific to Plaintiff inserted by computer.

10. Upon information and belief, Exhibit A is a form debt collection letter used by Bull City to attempt to collect alleged debts.

11. Bull City mailed Exhibit A to Plaintiff, attempting to give notice that the Plaintiff's account had been referred to Bull City for collection activity.

12. Exhibit A refers to an alleged Duke Energy utility account.

13. Plaintiff did not open or maintain a Duke Energy account for business purposes.

14. The letter Defendant sent to Plaintiff (Exhibit A) includes the text: "Our Company has been hired by the creditor(s) listed above and on the following page(s) to collect the Total Amount Due."

15. Exhibit A consists of a single, double-sided letter. There were no additional pages included with Exhibit A, and no additional creditors were listed anywhere on Exhibit A.

2

16. Directing a consumer to "the following page(s)" which list "additional creditor(s)," when there are no additional pages, and no additional creditors are listed, is misleading and confusing to the unsophisticated consumer.

17. The conduct alleged induces the consumer to search in vain for additional pages and additional creditors that are nowhere to be found. The consumer is likely to call Bull City, subjecting the consumer to additional collection efforts.

18. 15 U.S.C. § 1692e generally prohibits "any false, deceptive, or misleading representation or means in connection with the collection of any debt."

19. 15 U.S.C. § 1692e(10) specifically prohibits: "The use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer."

## COUNT I – FDCPA

20. Plaintiff incorporates by reference as if fully set forth herein the allegations contained in the preceding paragraphs of this Complaint.

21. Exhibit A misleadingly states "Our Company has been hired by the creditor(s) listed above and on the following page(s) to collect the Total Amount Due," when there are no additional pages, and no additional creditors are listed.

22. Defendant violated 15 U.S.C. §§ 1692e and 1692e(10).

## CLASS ALLEGATIONS

23. Plaintiff brings this action on behalf of a Class, consisting of (a) all natural persons in the State of Wisconsin (b) who were sent a collection letter by Bull City, (c) in the form of Exhibit A to the complaint in this action, (d) seeking to collect a debt for personal, family or household purposes, (e) between March 2, 2016 and March 2, 2017, inclusive, (f) that was not returned by the postal service.

24. The Class is so numerous that joinder is impracticable. On information and belief, there are more than 50 members of the Class.

25. There are questions of law and fact common to the members of the class, which common questions predominate over any questions that affect only individual class members. The predominant common question is whether <u>Exhibit A</u> violates the FDCPA.

26. Plaintiff's claims are typical of the claims of the Class members. All are based on the same factual and legal theories.

27. Plaintiff will fairly and adequately represent the interests of the Class members. Plaintiff has retained counsel experienced in consumer credit and debt collection abuse cases.

28. A class action is superior to other alternative methods of adjudicating this dispute. Individual cases are not economically feasible.

## JURY DEMAND

29. Plaintiff hereby demands a trial by jury.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and the Class and against Defendant for:

(a) actual damages;

(b) statutory damages;

(c) attorneys' fees, litigation expenses and costs of suit; and

(d) such other or further relief as the Court deems proper.

Dated: March 2, 2017.

**ADEMI & O'REILLY, LLP**

By: _s/ John D. Blythin_
Shpetim Ademi (SBN 1026973)

4

John D. Blythin (SBN 1046105)
Mark A. Eldridge (SBN 1089944)
Denise L. Morris (SBN 1097911)
3620 East Layton Avenue
Cudahy, WI 53110
(414) 482-8000
(414) 482-8001 (fax)
sademi@ademilaw.com
jblythin@ademilaw.com
meldridge@ademilaw.com
dmorris@ademilaw.com

5