# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JAMES WILLIAMS,<br><br>      Plaintiff,<br>v.<br><br>BULL CITY FINANCIAL<br>SOLUTIONS INC.,<br><br>      Defendant. | Case No. 17-CV-310-JPS<br><br>**ORDER** |

On May 25, 2017, Plaintiff filed a letter with the Court stating that the parties had settled this matter. (Docket #7). Plaintiff requests that the Court administratively close this action and permit the parties thirty days to complete the settlement. *Id.* The Court will grant the requests. Further, the parties must submit a stipulation for dismissal no later than June 26, 2017, or this action will be dismissed by the Court. The Court will also vacate this matter's June 9, 2017 scheduling conference.

Accordingly,

**IT IS ORDERED** that the parties shall file a stipulation of dismissal no later than June 26, 2017; and

**IT IS FURTHER ORDERED** that the scheduling conference set in this matter for June 9, 2017 be and the same is hereby **VACATED**.

Dated at Milwaukee, Wisconsin, this 26th day of May, 2017.

BY THE COURT:

J. P. Stadtmueller
U.S. District Judge